Teresa BALLARD; Kenisha Bryant; Cheryl King; and Crystal Luebbers *v.* ADVANCE AMERICA, Cash Advance Centers of Arkansas, Inc.

01-1182                                   80 S.W.3d 374

Supreme Court of Arkansas
Opinion delivered July 5, 2002

*The Nixon Law Firm*, by: *David G. Nixon* and *Paige E. Young*, for appellants.

No response.

PER CURIAM. ■ The Motion to Amend Appellants' Petition for Rehearing is denied pursuant to the recent decision of this court in *Ballard, et al. v. Advance America*, 349 Ark.

545, 79 S.W.3d 835 (2002), Supreme Court case number 01-1190.

Motion denied.

GLAZE, J., not participating.